UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

STEPHEN BOATWRIGHT,               )
                                  )
            Plaintiff,            )          2:10-cv-1131-PMP-RJJ
                                  )
vs.                               )
                                  )
STATE OF NEVADA,                  )              O R D E R
                                  )
            Defendant,            )
_____)

This matter is before the Court on Plaintiff's Motion to Subpoena Records (#2).

The court having reviewed this matter finds that no discovery has been authorized in this case. Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Subpoena Records (#2) is DENIED.

DATED this __19TH__ day of July, 2010.


_____
ROBERT J. JOHNSTON
United States Magistrate Judge