UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Stephen Boatwright
Plaintiff

vs

State of Nevada
Defendant

2010 AUG -2 P 11: 05

2:10-CV-1131-PMP-RJJ

## Motion To Correct Address

Now Comes the plaintiff, Stephen Boatwright, and Moves this Court to Correct the plaintiff's Institutional Number that Appears in his Address. The Correct Institutional Number is #18585 Not 10585. The plaintiff would Request that the Court Make this Correction.

Dated this 28th Day of July 2010

Respectfully Submitted,

x Stephen L. Boatwright

Stephen L. Boatwright #18585
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV. 89419

IT IS SO ORDERED.

_____Robert J. Johnston_____
UNITED STATES MAGISTRATE JUDGE
DATE: AUGUST 4, 2010