# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHEN BOATWRIGHT,                )<br>                                                           )<br>                        Plaintiff/Appellant, )<br>                                                           )<br>vs.                                                      )<br>                                                           )<br>STATE OF NEVADA, et al.,              )<br>                                                           )<br>                        Defendants/Appellees. )<br>                                                           ) | 2:10-CV-01131-PMP-RJJ |

On September 27, 2010, Plaintiff Boatwright filed a Notice of Appeal of the Orders dismissing his case (Doc.'s #19, #20) in the Ninth Circuit Court of Appeals (Doc. #25).

The week prior to filing his notice of appeal, Plaintiff Boatwright filed renewed Motions for Review of Magistrate Judge Decision (Doc. #22), Motion to Amend/Correct Complaint (Doc. #23) and Motion to Vacate (Doc. #24).  Having read and considered the foregoing and in view of pendency of Plaintiff's appeal in this case, and good cause appearing,

**IT IS ORDERED that** Plaintiff Stephen Boatwright's Request for Review of Magistrate Judge Decision (Doc. #22) is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff Stephen Boatwright's Motion to Amend/Correct Complaint (Doc. #23) is **DENIED**.

///

///

**IT IS FURTHER ORDERED that** Plaintiff Stephen Boatwright's Motion to Vacate (Doc. #24) is **DENIED**.

DATED: October 7, 2010.

_____
PHILIP M. PRO
United States District Judge